AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2026 MAR -9 PM 1: 10

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Jonathan D. Eng

*Plaintiff(s)*

v.

Department of the Air Force

*Defendant(s)*

Civil Action No. 1:26-cv-00563

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of the Air Force
Air Force General Litigation Division
AFLOA/JACL
1500 W. Perimeter Rd., Suite 1370, 1st Floor
Joint Base Andrews, MD 20762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan D. Eng
PO Box 75262
Colorado Springs, CO 80970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/11/2026

Jeffrey P. Colwell, Clerk of Court
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

Jonathan D. Eng

*Plaintiff(s)*

v.

Department of the Air Force

*Defendant(s)*

Civil Action No. 1:26-cv-00563

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of the Air Force
Air Force General Litigation Division
AFLOA/JACL
1500 W. Perimeter Rd., Suite 1370, 1st Floor
Joint Base Andrews, MD 20762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan D. Eng
PO Box 75262
Colorado Springs, CO 80970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*